# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**BAIT PRODUCTIONS PTY LTD.,**

     **Plaintiff,**

-vs-            Case No.  **6:12-cv-1637-Orl-31DAB**

**DOES 1-73,**

     **Defendants.**

_____/

# NOTICE OF HEARING

  **TAKE NOTICE** that a Status Conference in all 25 Bait Productions Pty Ltd. cases[1] will be held before the undersigned on **MONDAY**, **DECEMBER 10, 2012** at **10:00 A.M.** in Courtroom #6D, U.S. Courthouse, 401 W. Central Boulevard, Orlando, Florida. Plaintiff's counsel shall immediately notify the Court if any additional related cases are filed between now and the hearing. Counsel should be prepared to address issues of joinder and case management.

  The Clerk is **DIRECTED** to docket this Notice of Hearing in the additional 24 cases listed in Exhibit A.

  **DONE** and **ORDERED** in Orlando, Florida on November 28, 2012.

          *David A. Baker*
           DAVID A. BAKER
        UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record

_____

[1]Exhibit A lists all 25 Bait Productions Pty Ltd. cases.

**PLEASE NOTE**: **Photo I.D.** is required to enter the United States Courthouse. Also, **cellular telephones** and **laptop computers** are prohibited in the Courthouse unless otherwise allowed pursuant to order of the Court.

## EXHIBIT A - LIST OF CASES

2:12-cv-00628-UA-DNF Bait Productions Pty Ltd. v. Does 1-26

2:12-cv-00629-UA-DNF Bait Productions Pty Ltd. v. Does 1- 44

3:12-cv-01204-HES-JRK Bait Productions Pty Ltd. v. Does 1-66

3:12-cv-01205-MMH-JBT Bait Productions Pty Ltd. v. Does 1-42

3:12-cv-01252-UAMH-JBT Bait Productions Pty Ltd. v. Does 1-71

3:12-cv-01274-HWM-TEM Bait Productions Pty Ltd. v. Does 1-78

5:12-cv-00644-ACC-PRL Bait Productions Pty Ltd. v. Does 1-40

5:12-cv-00645-WTH-PRL Bait Productions Pty Ltd. v Does 1-36

6:12-cv-01637-GAP-DAB Bait Productions Pty Ltd. v. Does 1-73

6:12-cv-01721-ACC-GJK Bait Productions Pty Ltd. v. Does 1-31

6:12-cv-01779-PCF-TBS Bait Productions Pty Ltd. v. Does 1-81

6:12-cv-01780-RBD-DAB Bait Productions Pty Ltd. v. Does 1-96

8:12-cv-02464-VMC-MAP Bait Productions Pty Ltd. v. Does 1-36

8:12-cv-02465-JSM-TGW Bait Productions Pty Ltd. v. Does 1-71

8:12-cv-02466-MSS-MAP Bait Productions Pty Ltd. v. Does 1-70

8:12-cv-02467-VMC-AEP Bait Productions Pty Ltd. v. Does 1-72

8:12-cv-02468-JSM-MAP Bait Productions Pty Ltd. v. Does 1-54

8:12-cv-02469-VMC-TGW Bait Productions Pty Ltd. v. Does 1-71

8:12-cv-02470-JDW-EAJ Bait Productions Pty Ltd. v. Does 1-72

8:12-cv-02471-VMC-TGW Bait Productions Pty Ltd. v. Does 1-64

8:12-cv-02554-MSS-TGW Bait Productions Pty Ltd. v. Does 1-72

8:12-cv-02555-JDW-TBM Bait Productions Pty Ltd. v. Does 1-41

8:12-cv-02556-MSS-TGW Bait Productions Pty Ltd. v. Does 1-52

8:12-cv-02642-RAL-MAP Bait Productions Pty Ltd. v. Does 1-95

8:12-cv-02643-SCB-TBM Bait Productions Pty Ltd. v. Does 1-82